# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-7084**                  **September Term, 2016**

1:09-cv-02229-RJL

Filed On: September 8, 2016

International Union, Security, Police and Fire Professionals of America,

      Appellant

    v.

Assane Faye,

      Appellee

## O R D E R

Upon consideration of appellee's petition for rehearing en banc and his consent motion to withdraw the petition for rehearing en banc, it is

**ORDERED** that the motion be granted and the petition is hereby deemed withdrawn.

The Clerk is directed to note the docket accordingly. The Clerk is further directed to issue the mandate forthwith.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                               BY:    /s/
                                             Ken Meadows
                                             Deputy Clerk